IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY MANDRELL TURNER                                                PLAINTIFF

V.                      CIVIL NO. 6:19-cv-06105

AGENT ROY BETHELL, SHERIFF JASON
WATSON, PROSECUTOR DON TURNER,
and AGENT BRENT WHITWORTH                          DEFENDANTS

## ORDER

The Court has received a Report and Recommendation (ECF No. 6) from United States Magistrate Judge Barry A. Bryant. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Upon review, the Magistrate recommended that Plaintiff's Complaint against all Defendants be dismissed without prejudice. Plaintiff filed timely Objections (ECF No. 7) to the Report and Recommendation. The matter is now ripe for consideration.

The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against all Defendants should be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§1915(e)(2)(B)(i-iii) and 1915A(a). The Clerk is directed to place a §1915(g) strike flag on the case.

SO ORDERED this 18th day of November 2019.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE